IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

**ALI AKBAR KHAN**   **PLAINTIFF**

v.   No. 05-6032

**CORHA, LLC and**
**HOWARD L. ABEL**   **DEFENDANTS / COUNTERCLAIMANTS**

**HOWARD L. ABEL**   **THIRD-PARTY PLAINTIFF**

v.

**CHARLES BROWN**   **THIRD-PARTY DEFENDANT**

## O R D E R

Now on this 7th day of February, 2006, comes on to be considered the **Motion to Dismiss Defendant/Counterclaimant/Third-Party Plaintiff Corha, LLC** (Doc. 11) filed on January 4, 2006, and the Court, being well and sufficiently advised that the defendants have no objection, finds that the motion should be, and it hereby is, **granted**, and Corha, LLC is dismissed with prejudice.

**IT IS SO ORDERED.**

/s/Jimm Larry Hendren
**JIMM LARRY HENDREN**
**UNITED STATES DISTRICT JUDGE**