IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ALI AKBAR KHAN                                      PLAINTIFF/COUNTERDEFENDANT

vs.                        Case No. 05-6032

HOWARD L. ABEL                                      DEFENDANT/COUNTERCLAIMANT


HOWARD L. ABEL                                      THIRD-PARTY PLAINTIFF

vs.

CHARLES BROWN                                       THIRD-PARTY DEFENDANT


## ORDER GRANTING DEFAULT JUDGMENT AGAINST CHARLES BROWN

Now on this 16th day of February, 2006, comes on to be considered the Motion for Default Judgment (doc. 30) against third-party defendant Charles Brown filed on February 15, 2006, and the Court, being well and sufficiently advised, finds that the motion should be, and it hereby is, GRANTED.

IT IS, THEREFORE, CONSIDERED, ORDERED AND ADJUDGED THAT any interest Brown may claim in the real property subject to this action pursuant to a Judgment against Ali Akbar Khan dated August 25, 2003, is inferior and subordinate to the interest of Howard L. Abel.

IT IS SO ORDERED.


                                        /s/Jimm Larry Hendren
                                        JIMM LARRY HENDREN
                                        UNITED STATES DISTRICT JUDGE